E-FILED
Tuesday, 12 October, 2021  04:13:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINIOS

| | | |
|---|---|---|
| JEFFREY NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-03110-SEM |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT

Douglas J. Quivey, Acting United States Attorney for the Central District of Illinois, and Ranley R. Killian, Special Assistant United States Attorney for said District, hereby enter their appearance on behalf of the United States

Respectfully submitted,

DOUGLAS J. QUIVEY
United States Attorney
Central District of Illinois


*s/ Ranley R. Killian*
RANLEY R. KILLIAN
Special Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
(618) 628-3700
Ranley.killian@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 12, 2021, I caused to be electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system, which will notify the attorney of record.

Respectfully submitted,

DOUGLAS J. QUIVEY
United States Attorney
Central District of Illinois

*s/ Ranley R. Killian*
RANLEY R. KILLIAN
Special Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
(618) 628-3700
Ranley.killian@usdoj.gov