IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINIOS

| | |
|---|---|
| JEFFREY NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-cv-03110-SEM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO STRIKE DOCUMENT #27

Special Assistant Unites States Attorney, Ranley R. Killian for the Central District of Illinois moves this Court to Strike Document #27, Entry of Appearance on behalf of the United States of America.

1. Special Assistant United States Attorney, Ranley R. Killian will refile the appropriate Entry of Appearance.

Wherefore, Special Assistant United States Attorney, Ranley R. Killian respectfully request this Court strike Document #27.

Respectfully submitted,

*s/ Ranley R. Killian*
RANLEY R. KILLIAN
Special Assistant United States Attorney
Central District of Illinois
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
(618) 628-3700
ranley.killian@usdoj.gov